# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JULIE RENEE PATRICK,**
Appellant,

v.

**BRENT WOLTMAN,**
Appellee.

No. 4D22-2572

[July 20, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl A. Caracuzzo, Judge; L.T. Case No. 502016DR004569.

Caryn A. Stevens and Eddie Stephens of Stephens & Stevens, PLLC, West Palm Beach, for appellant.

Grant J. Gisondo of Grant J. Gisondo, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***